UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:  CHARLOTTE SEXTON                                                    CASE NO: 04-53228

DEBTOR

LUCINDA MASTERTON, TRUSTEE
For the bankruptcy estate of Charlotte Sexton                        PLAINTIFF

V.                                                                                              Adv. No. 05-5071

COUNTRYWIDE HOME LOANS, INC., MORTGAGE
ELECTRONIC REGISTRATION SYSTEM, CITIZENS
BANK INC., & THOMAS A. SEXTON                                       DEFENDANT(S)

JOINT MOTION TO APPROVE SETTLEMENT OF TRUSTEE'S CLAIM
AS TO THE ESTATE'S INTEREST IN REAL ESTATE

The parties having reached an agreement regarding the causes of action set forth in Adversary Number 05-5071, as evidenced by their signatures below, THEY HEREBY MOVE THIS COURT FOR AN ORDER WHICH STATES:

1.  Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc. shall pay the estate $20,000 on the estate's interest in 109 Maple Avenue, Carlisle, Kentucky

2.  The claim of Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.  shall be a general unsecured claim

3  That the claims asserted by the plaintiff, Lucinda Masterton, against the Defendant, Countrywide Home Loans, Inc. and Mortgage Electronic Registration Systems, Inc.., in Adversary Number 05-5071 are dismissed with prejudice.

4. The plaintiff, Lucinda Masterton, abandons her interest in 109 Maple Avenue, Carlisle, Kentucky.

HAVE SEEN AND AGREED TO:

/s/ John M. Simms_____
John M Simms
Attorney for Plaintiff
Atkinson, Simms & Kermode, PLLC
239 N Broadway
Lexington, Kentucky 40507
jms@ask-law.com

/s/ Shannon O'Connell Egan_____
Shannon O'Connell Egan (87296)
LERNER, SAMPSON & ROTHFUSS
Attorneys for Defendants, Countrywide
Home Loans, Inc. and Mortgage Electronic
Registration Systems, Inc.
120 East Fourth Street, 8th Floor
Cincinnati, Ohio 45202
PH: (513) 241-3100 ext. 3200
DIRECT FX: (513) 354-6781
ekybk@lsrlaw.com

## NOTICE

Notice is hereby given that, unless within 20 days of the date of service of this notice, you, as a creditor, file a response to the Joint Motion To Settle Claim and request for and notice a hearing on the response, an order may be entered without a hearing sustaining the Joint Motion To Settle Claim.

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was served either electronically or by mailing same to all creditors on this January 3, 2006.


      /s/ John M. Simms_____
      JOHN M. SIMMS
      ATTORNEY FOR TRUSTEE